

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE MATTHEW CRUZ, | |
| Petitioner, | 3:10-cv-00522-RCJ-VPC |
| vs. | **ORDER** |
| JACK PALMER, *et al.*, | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has paid the filing fee for this action. (Docket #4). The petition shall now be filed and served on respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions).

**IT IS THEREFORE ORDERED** that the Clerk shall **FILE and ELECTRONICALLY SERVE** the petition (Docket #1-1) upon the respondents.

1   **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** from
2   entry of this order within which to answer, or otherwise respond to, the petition.  In their answer or
3   other response, respondents shall address any claims presented by petitioner in his petition.
4   Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including
5   lack of exhaustion and procedural default.  **Successive motions to dismiss will not be entertained.**
6   If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules
7   Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is
8   filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.
9         **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the
10  Attorney General of the State of Nevada a copy of every pleading, motion, or other document he
11  submits for consideration by the Court.  Petitioner shall include with the original paper submitted for
12  filing a certificate stating the date that a true and correct copy of the document was mailed to the
13  Attorney General.  The Court may disregard any paper that does not include a certificate of service.
14  After respondents appear in this action, petitioner shall make such service upon the particular Deputy
15  Attorney General assigned to the case.

16        DATED this 19th day of January _____, 2011.

_____
UNITED STATES DISTRICT JUDGE