UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOE MATTHEW CRUZ, | ) | |
| Petitioner, | ) | 3:10-cv-00522-RCJ-VPC |
| vs. | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| Respondents. | ) | |

This closed case is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 30, 2013, this Court entered an order denying the habeas petition and denying a certificate of appealability. (ECF No. 13). Judgment was entered the same date. (ECF No. 14). Petitioner filed a notice of appeal on September 3, 2013. (ECF No. 15). Pending before this Court is Petitioner's motion to proceed *in forma pauperis* on appeal. (ECF No. 17).

Based on the information in Petitioner's application to proceed *in forma pauperis* on appeal, the application is granted. Petitioner will not be required to prepay any portion of the $455.00 filing fee for his appeal.

**IT IS THEREFORE ORDERED** that Petitioner's application to proceed *in forma pauperis* on appeal (ECF No. 17) is **GRANTED**. Petitioner shall not be required to make any prepayment of the filing fee for his appeal.

1   **IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to the United
2   States Court of Appeals for the Ninth Circuit.
3   Dated this 15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE